3:19-cv-1479-J-34JBT

RECEIVED BY
UNION CORRECTIONAL INSTITUTION
DEC 2 0 2019
FOR MAILING

Date : 12/19/19

# IMMINENT DANGER
## EMERGENCY

Please quickly send someone to take pictures of my injuries
On 12/18/2019 at approx. 9:00am - 10:00am
in V-Dorm at Union C.I. Following: Inmate Gernard is
at danger, he has suffered from police brutality & they are trying to
cut off all lines of communication for him until he heals. please
find enclosed a letter from him.

FILED 2019 DEC 26 PM 1:58

Use of Force CamCorDer will show Captain Brown and
Lt. Pugh, sterling in conducting a criminal assault upon me
on behalf of Lt. Brown, Robert ~ and other officers
out of malice and retaliation FORCED a cell extraction team
upon me to criminally assault me and potentially murder me.
The F.B.I. should be notified to arrest these officers
I was in full compliance cooperating with all orders when
Lt. Pugh attempted to defraud the video camera to create a justification
for running extraction team. Several John Doe officers in cell
extraction suits and riot gear beat me viciously with metal
handcuffs and legshackles until Lt. Pugh got tired of watching
my blood splatter everywhere. my eyes were beaten bloody. I
cant see from my left eye, several gashes were burst open all
across my face requiring me several stitches also many cuts
Knots swellings all over my head from being beat with the
metal restraints and the middle finger of my left hand is black
and blue looks and feels broken. Ive received no treatment pain
medicine or anything for it. Im suffering loss of balance and
concussions. Please Notify the Governor and "Chief" Inspector because
the I.G. office never does anything and Tampers with and manipulates
the video and Audio evidence to cover up these kind of attacks
theyve been making on me. Officers have been persistently making threats
of fucking me up again. I fear for my life or     Gernard Chestnut DC# 130146
I may have to kill one of them to             Union C.I. P.O. Box 1000
protect my own.                               Raiford, FL 32083